# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS ABBOTT,** *et al.*, <br>     **Plaintiffs,** <br><br> v. <br><br> **AUSTAL USA, LLC,** <br>     **Defendant.** | ) <br> ) <br> ) <br> )     **CIVIL ACTION: 1:22-00267-KD-C** <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 110) made under 28 U.S.C. § 636(b)(1) and dated August 3, 3023, is **ADOPTED** as the opinion of the Court. As such, it is

**ORDERED** as follows:

1) The June 7, 2023 Order (Doc. 105) is **VACATED,** and Plaintiffs' Fourth Proposed Second Amended Complaint (Doc. 94-1) is deemed to be the operative Second Amended Complaint in this action with an effective date of April 28, 2023;

2) Plaintiffs' amended complaint dated June 16, 2023 (Doc. 106) is **STRICKEN** pursuant to Fed. R. Civ. P. 12(f)(1) as redundant, immaterial and/or impertinent;

3) Austal's motion to strike (Doc. 107) is **DENIED** as **MOOT;**

4) Austal's partial motion to dismiss the Second Amended Complaint (Doc. 95) is **GRANTED in part** and **DENIED in part** such that Counts IV-IX of the Fourth Proposed Second Amended Complaint (Doc. 94-1) are **DISMISSED** with prejudice; the portion of the motion seeking to have Count XI dismissed is **DENIED;** and the action shall proceed as to Counts I-III, X, and XI.

**DONE** and **ORDERED** this the **29th** day of **August 2023.**

                                                                           /s/ Kristi K. DuBose <br>
                                                                           **KRISTI K. DuBOSE** <br>
                                                                           **UNITED STATES DISTRICT JUDGE**