IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DENNIS ABBOTT, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTIONS    No. 22-00267-KD-C** |
| | ) | No. 22-00328-KD-B |
| **AUSTAL USA, LLC,** | ) | No. 22-00329-KD-C |
| **Defendant.** | ) | |
| | ) | **CONSOLIDATED FOR TRIAL** |
| | ) | |

### ORDER

These actions are before the Court on notice from Plaintiffs and Defendant Austal USA, LLC that they have reached a settlement. Accordingly, **by 12:00 noon CST on March 6, 2025**, Plaintiffs **shall file a joint stipulation of dismissal** signed by all parties who have appeared **or** Plaintiffs **shall file a request for a court order of dismissal**. Fed. R. Civ. P. 41(a)(1)(A)(ii); Fed. R. Civ. P. 41(a)(2).

If Plaintiffs file neither by the deadline, the Court anticipates that jury selection shall begin at 8:45 a.m. on March 10, 2025, with trial immediately after jury selection.

**DONE** and **ORDERED** this **24th** day of **February 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**